**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G–8<br>Los Angeles, CA 90012<br>Tel: (213) 894–3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701–4516<br>(714) 338–4750 |
| **KIRY K. GRAY**<br>Clerk of Court | April 12, 2018 | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328–4450 |

To:   All Counsel of Record

   Re:   Former Case No. ___3:17–cv–06758–JSC___
   in the United States District Court for the___U.S. District Court California Northern District (San Francisco)___
   Assigned Case No. ___2:18–cv–02941–PSG–GJS___ MDL No. ___2:18–ml–02826–PSG(GJSx)___
   in the United States District Court, Central District of California

Dear Sir/Madam:

   The above–referenced case has been transferred to this district. The initials after the number indicate the case has been assigned to Judge ___Philip S. Gutierrez___ by the MDL Panel. All future correspondence, pleadings and other documents must bear both the MDL case number and the number assigned to the case in this district. Documents are forwarded to the judge by the initials in the case number, so it is important that the correct case number and judge's initials appear on the documents. Please address all future communications concerning this action to the Courtroom Deputy for the assigned judge.

   Please review this Court's local rules which may differ from the other United States Courts in which you practice. Please read these carefully. Although Pro Hac Vice admittance is not required in MDL actions, counsel are expected to comply with the Federal and Local Rules. MDL documents must have the caption of the MDL case listed first with the captions and case numbers of each case to which the document/pleading relates. If the document relates to ALL actions, only the MDL case caption and number need appear on the document followed by "THIS DOCUMENT RELATES TO ALL ACTIONS." Unless otherwise ordered by the Court, all documents must be filed electronically.

   The Local Rules and various court forms can be downloaded from this Court's website at **www.cacd.uscourts.gov**.

   Sincerely,

   Clerk, U.S. District Court

   By: __/s/ *Luz Hernandez*__
   Deputy Clerk

CV–119 (11/15)     LETTER TO COUNSEL RE: MDL TRANSFER–IN