**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

| Case No. | 18-ML-2826<br>CV 18-0263 PSG (GJSx);CV 18-2995 PSG (GJSx)<br>CV 18-3173 PSG (GJSx);CV 18-2998 PSG (GJSx)<br>CV 18-3002 PSG (GJSx);CV 18-2941 PSG (GJSx)<br>CV 18-3168 PSG (GJSx);CV 18-3003 PSG (GJSx)<br>CV 18-2974 PSG (GJSx);CV 18-2970 PSG (GJSx)<br>CV 18-3169 PSG (GJSx);CV 18-3171 PSG (GJSx)<br>CV 18-3170 PSG (GJSx);CV 17-8545 PSG (GJSx)<br>CV 17-8503 PSG (GJSx);CV 18-3001 PSG (GJSx) | Date | July 30, 2018 |
|---|---|---|---|
| Title | In Re: Uber Technologies, Inc., Data Security Breach Litigation<br>Jaideep Chadha, et al. v. Uber Technologies, Inc., et al<br>William Grice v. Uber Technologies, Inc., et al<br>Thomas Leffler v. Uber Technologies, Inc., et al<br>Julius J. Harang, et al v. Uber Technologies, Inc., et al<br>Junaid Patni, et al v. Uber Technologies, Inc., et al<br>Susan Webber, et al v. Uber Technologies, Inc., et al<br>Ellen Ross v. Uber Technologies, Inc., et al<br>Rebecca Designor v. Uber Technologies, Inc., et al<br>Wendy Burnett, et al v. Uber Technologies, Inc., et al<br>Steven Agans, et al v. Uber Technologies, Inc., et al<br>Andrew Greder v. Uber Technologies, Inc., et al<br>Brittany Durgin v. Raisier, LLC, et al<br>James Woods v. Uber Technologies, Inc., et al<br>Benjamin Heller, et al v. Rasier, LLC et al<br>Alejandro Flores v. Rasier, LLC, et al<br>Bradley Est v. Uber USA, LLC, et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge | |
|---|---|---|
| Kevin Reddick | | Marea Woolrich |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** Status Conference

Status conference held. The Court indicates that he will focus on the eight pending motions to compel arbitration that have been filed and briefed.

No later than August 13, 2018, plaintiffs' counsel may file a motion to determine the leadership structure of the litigation.

Counsel for Uber Technologies, Inc. Indicates that defendants have not been served with the summons and complaint in CV 18-3168 PSG (GJSx), Ellen Ross v. Uber Technologies, Inc. Accordingly, the court will issue an order to show cause.

| | : | 19 |
|---|---|---|
| | Initials of Preparer | CKR |