Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Livia Soibelman,
Kendrick Lewallen, Donna Bakun,
Oscar Hernandez, Ernest Faulkner,
and Anita Herman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES INC., DATA SECURITY BREACH LITIGATION | MDL No. 2:18-ml-02826- PSG-GJS<br><br>Case No. 2:18-cv-02941-PSG-GJS ✓ |
| SUSAN WEBBER, LIVIA SOIBELMAN, KENDRICK LEWALLEN, DONNA BAKUN, OSCAR HERNANDEZ, ERNEST FAULKNER, and ANITA HERMAN, individually, and on behalf of a class of similarly situated individuals,<br><br>       Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER-CA, LLC, a Delaware limited liability company; and RASIER, LLC, a Delaware limited liability company,<br><br>       Defendants. | Hon. Philip S. Gutierrez<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** ; ORDER<br><br> |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Livia Soibelman, Kendrick Lewallen, Donna Bakun, Oscar Hernandez, Ernest Faulkner, and Anita Herman ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier-CA, LLC, and Rasier, LLC (collectively, "Uber"), by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own fees and costs.

Because this stipulation is being signed by all parties who have appeared, and because the putative class has not been certified, this matter may be dismissed without an order of the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the action is hereby dismissed, in its entirety, without prejudice to the Plaintiffs' claims, and without prejudice to the claims of putative class members.

**SO STIPULATED.**

Dated: March 18, 2020

Respectfully submitted,

Capstone Law APC

By: /s/ Trisha Monesi
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

Attorneys for Plaintiffs

Dated: March 18, 2020

By: /s/ Vassi Iliadis

Vassi Iliadis (SBN 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

IT IS SO ORDERED.
DATED: 3/20/2020

UNITED STATES DISTRICT JUDGE

Page 1    CASE NO. 2:18-CV-02941-PSG-GJS
NOTICE OF VOLUNTARY DISMISSAL